STATE OF NEW JERSEY v. FRANCIS BURNETT.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE BERTA.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LAURA SICCONE.

May 24, 1988.

Petition for certification denied.

PAUL D. RUBINO v. JUNE L. GOLDBERG.

May 24, 1988.

Petition for certification denied.